# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICHAEL WATSON,

    Plaintiff,

v.

RICH ZURCHER, and CITY OF SEATTLE, et al.,

    Defendant.

Case No. C07-374RAJ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF MICHAEL WATSON , and on behalf of DEFENDANTS in the amount of $11,960.53.

Counsel for plaintiff requested that all costs be disallowed due to the importance of the case; the great economic disparity between plaintiff and defendants; the issues in the case were close and difficult; and the case had merit. The clerk will tax costs for the prevailing party unless there has been specific direction from the court to the contrary. No such direction was given by Judge Jones.

TAXATION OF COSTS -- 1

Expert fees requested for witnesses Schuster and Taylor are not taxable.

Dated this ___6th___ day of OCTOBER, 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2